*Isaac Fromme* and *Edward W. S. Johnston* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

HELEN MAE NICHOLS, Respondent, *v.* THE PHŒNIX INSURANCE COMPANY OF HARTFORD, Appellant.

*Nichols* v. *Phœnix Ins. Co.,* 77 App. Div. 632, affirmed.
(Argued February 11, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 1, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Carey D. Davie* and *Hudson Ansley* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

DANIEL W. ALLEN, Respondent, *v.* GARRA K. LESTER et al., Appellants.

*Allen* v. *Lester,* 81 App. Div. 376, affirmed.
(Submitted February 11, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 8, 1903, affirming a judgment in favor of plaintiff

entered upon a decision of the court on trial at an Equity Term.

*Levant D. Lester* for appellants.

*Daniel W. Allen* and *Herbert B. Butterfield* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.